THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25 CR 588-1 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| ADAM D. HALL, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Notice is hereby given that the Defendant in the above-titled matter, Adam D. Hall, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on July 21, 2026, [Doc.  #63].

Respectfully submitted,

*/s/Robert Duffrin*
Attorney Robert Duffrin #0061784
Attorney for Defendant
4450 Belden Village Street, NW #208
Canton, OH 44718
P: (330) 454-2136
duffrin@whalenduffrinlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was filed electronically with the Court on this 26th day of July 2026.  Notice of this filing will be sent through operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

*/s/Robert Duffrin*
Attorney Robert Duffrin #0061784
Attorney for Defendant